Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert W. Smith** | : | Case No. 19−10106−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 62 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/30/24 at 02:30 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of February, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 62 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before April 12, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **April 30, 2024 at 02:30 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert W. Smith  
    Debtor

Case No. 19-10106-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Feb 27, 2024      Form ID: 300a      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Smith, 30 Thompson Street, Brookville, PA 15825-1334 |
| 14990691 | + | Joseph I. Foley, Esquire, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 00:34:35 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2024 00:37:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 00:50:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bankruptcy@cavps.com | Feb 28 2024 00:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15005201 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2024 00:37:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15000050 | | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14990684 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14990685 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 28 2024 00:34:36 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15029779 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14990686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:06 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14992032 | + | Email/Text: bankruptcy@cavps.com | Feb 28 2024 00:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14990687 | + | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15036047 | | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14990688 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2024 00:34:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14990689 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2024 00:37:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14990690 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 28 2024 00:36:00 | HSBC Bank, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14997486 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:35:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990692 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:49:42 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15008503 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:48:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14990693 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:35:09 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 15029418 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14990694 | + | Email/PDF: cbp@omf.com | Feb 28 2024 00:34:27 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15035166 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14991318 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14990695 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:37:00 | Pacific Union Financia, 1603 Lbj Freeway, Farmers Branch, TX 75234-6071 |
| 14990696 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:06 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14990697 | + | Email/Text: ngisupport@radiusgs.com | Feb 28 2024 00:37:00 | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14990698 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14990699 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:37 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14990700 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 28 2024 00:39:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15329491 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15035558 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: 300a | Total Noticed: 32 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024                                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

**Name**           **Email Address**

Alyk L Oflazian
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Denise Carlon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Debtor Robert W. Smith thedebterasers@aol.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8