**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ROBERT W. SMITH | Case No.:19-10106 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/07/2019 and confirmed on 3/14/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,815.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 75,815.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,619.00 | |
|   Trustee Fee | 3,630.49 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,249.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 51,898.74 | 0.00 | 51,898.74 |
|     Acct: 7147 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 7,449.76 | 7,449.76 | 0.00 | 7,449.76 |
|     Acct: 7147 | | | | |
|   ALLY FINANCIAL(*) | 5,945.80 | 5,945.80 | 769.33 | 6,715.13 |
|     Acct: 6934 | | | | |
| | | | | 66,063.63 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT W. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,511.16 | 158.09 | 0.00 | 158.09 |
|     Acct: 9070 | | | | |
|   CREDIT FIRST NA* | 1,449.56 | 151.64 | 0.00 | 151.64 |
|     Acct: 9845 | | | | |
|   LVNV FUNDING LLC | 1,205.83 | 126.14 | 0.00 | 126.14 |
|     Acct: 9815 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5748 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 8,673.64 | 907.40 | 0.00 | 907.40 |
|     Acct: 7810 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4677 | | | | |
|   MERRICK BANK | 980.25 | 102.55 | 0.00 | 102.55 |

19-10106                                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1249 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 4,779.40 | 500.00 | 0.00 | 500.00 |
| Acct: 5309 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 835.59 | 87.42 | 0.00 | 87.42 |
| Acct: 4436 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1490 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 717.88 | 75.10 | 0.00 | 75.10 |
| Acct: 0294 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 216.16 | 22.61 | 0.00 | 22.61 |
| Acct: 7165 | | | | |
| LVNV FUNDING LLC | 3,545.73 | 370.93 | 0.00 | 370.93 |
| Acct: 5841 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7359 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HSBC BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,501.88 |

| TOTAL PAID TO CREDITORS | | | | 68,565.51 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY           0.00
SECURED       13,395.56
UNSECURED     23,915.20

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT W. SMITH

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:19-10106

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-10106-JCM
Robert W. Smith   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Feb 27, 2024     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Smith, 30 Thompson Street, Brookville, PA 15825-1334 |
| 14990691 | + | Joseph I. Foley, Esquire, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 00:50:08 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2024 00:37:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 01:14:41 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bankruptcy@cavps.com | Feb 28 2024 00:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15005201 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2024 00:37:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15000050 | | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14990684 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14990685 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 28 2024 00:48:56 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15029779 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14990686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:50:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14992032 | + | Email/Text: bankruptcy@cavps.com | Feb 28 2024 00:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14990687 | + | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15036047 | | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14990688 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2024 00:49:08 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |

Case 19-10106-JCM   Doc 66   Filed 02/29/24   Entered 03/01/24 00:32:37   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14990689 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2024 00:37:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14990690 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 28 2024 00:36:00 | HSBC Bank, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14997486 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:35:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990692 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:49:09 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15008503 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:34:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14990693 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:34:01 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 15029418 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14990694 | + | Email/PDF: cbp@omf.com | Feb 28 2024 00:49:14 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15035166 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:50:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14991318 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 01:00:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14990695 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:37:00 | Pacific Union Financia, 1603 Lbj Freeway, Farmers Branch, TX 75234-6071 |
| 14990696 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:35:27 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14990697 | + | Email/Text: ngisupport@radiusgs.com | Feb 28 2024 00:37:00 | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14990698 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:35:14 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14990699 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:31 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14990700 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 28 2024 00:39:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15329491 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15035558 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 32 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

**Name**  **Email Address**

Alyk L Oflazian
　　on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Christopher A. DeNardo
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Denise Carlon
　　on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Kenneth P. Seitz
　　on behalf of Debtor Robert W. Smith thedebterasers@aol.com

Kevin Scott Frankel
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Mario J. Hanyon
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 8