IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT W. SMITH

        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

Case No.:19-10106

Chapter 13

Related to:  Document No. 62

ORDER OF COURT

AND NOW, this __15th__ day of __April__, 20 __24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
4/15/24 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert W. Smith  
      Debtor

Case No. 19-10106-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Apr 15, 2024      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Smith, 30 Thompson Street, Brookville, PA 15825-1334 |
| 14990691 | + | Joseph I. Foley, Esquire, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2024 00:28:51 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 15 2024 23:51:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2024 00:29:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bankruptcy@cavps.com | Apr 15 2024 23:52:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15005201 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 15 2024 23:51:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15000050 | | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2024 23:50:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14990684 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2024 23:50:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14990685 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 16 2024 00:01:54 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15029779 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 00:01:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14990686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 00:02:08 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14992032 | + | Email/Text: bankruptcy@cavps.com | Apr 15 2024 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14990687 | + | Email/Text: BKPT@cfna.com | Apr 15 2024 23:50:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15036047 | | Email/Text: BKPT@cfna.com | Apr 15 2024 23:50:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14990688 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2024 00:01:57 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 32

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14990689 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 15 2024 23:51:00 | | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14990690 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com Apr 15 2024 23:50:00 | | HSBC Bank, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14997486 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 16 2024 00:01:45 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990692 | + | Email/PDF: resurgentbknotifications@resurgent.com Apr 16 2024 00:01:57 | | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15008503 | | Email/PDF: MerrickBKNotifications@Resurgent.com Apr 16 2024 00:01:51 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14990693 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Apr 16 2024 00:02:10 | | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 15029418 | + | Email/Text: nsm_bk_notices@mrcooper.com Apr 15 2024 23:51:00 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14990694 | + | Email/PDF: cbp@omf.com Apr 16 2024 00:01:37 | | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15035166 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2024 00:01:45 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14991318 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2024 00:01:44 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14990695 | + | Email/Text: nsm_bk_notices@mrcooper.com Apr 15 2024 23:51:00 | | Pacific Union Financia, 1603 Lbj Freeway, Farmers Branch, TX 75234-6071 |
| 14990696 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2024 00:28:53 | | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14990697 | + | Email/Text: ngisupport@radiusgs.com Apr 15 2024 23:51:00 | | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14990698 | + | Email/PDF: ais.sync.ebn@aisinfo.com Apr 16 2024 00:02:08 | | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14990699 | + | Email/PDF: ais.sync.ebn@aisinfo.com Apr 16 2024 00:01:38 | | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14990700 | + | Email/Text: bnc-bluestem@quantum3group.com Apr 15 2024 23:52:00 | | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15329491 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15035558 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Robert W. Smith thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8